UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

04CR10121 JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | VIOLATIONS: |
| MARISOL FELIX<br>a/k/a MARISOL FELIX de ROSARIO | 18 U.S.C. § 641<br>Theft of Government Property |
| | 18 U.S.C. § 1425<br>Unlawful Procurement of Citizenship or Naturalization |
| | 18 U.S.C. § 1001<br>False Statements to Government Agents or Agencies |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 641 – Theft of Government Property)

The Grand Jury charges that:

On or about April 1993 and continuing through November 2003, at Metheun and elsewhere, in the District of Massachusetts,

**MARISOL FELIX**
**a/k/a MARISOL FELIX de ROSARIO**

defendant herein, did wilfully and knowingly steal, purloin and convert to her own use $80,716, more or less, of the goods and property of the United States, by receiving for herself and another, Mother's Insurance Benefits and Child's Insurance Benefits from the Social Security Administration of the United States while knowing that she was not eligible for said benefits.

All in violation of Title 18, United States Code, Sections 641.

**COUNT TWO:** (18 U.S.C. §1425 – Unlawful Procurement of Citizenship or Naturalization)

The Grand Jury further charges that:

On or about September 2003, in the District of Massachusetts and elsewhere,

**MARISOL FELIX
a/k/a MARISOL FELIX de ROSARIO**

defendant herein, did unlawfully, willfully, and knowingly procure and attempt to procure, contrary to law, the naturalization of a person, to wit, MARISOL FELIX, the defendant, after falsely stating on her application for naturalization that she had never knowingly committed a crime for which she had not been arrested, and falsely stating that she was married to Luis Rosario who had been born on April 23, 1966 in Puerto Rico and lived in Methuen, Massachusetts, and falsely swearing before an examiner of the Immigration and Naturalization Service that her application for naturalization was true to the best of her knowledge and belief.

All in violation of Title 18, United States Code, Section 1425.

**COUNT THREE:** (18 U.S.C. §1001 – False Statements to Government Agents or Agencies)

The Grand Jury further charges that:

On or about September 2003, in the District of Massachusetts and elsewhere,

### MARISOL FELIX
### a/k/a MARISOL FELIX de ROSARIO

defendant herein, did knowingly and willfully make and cause to be made a false document knowing the same to contain false, fictitious and fraudulent material statements and entries in a matter within the jurisdiction of the Bureau of Citizenship and Immigration Services of the United States in that the defendant claimed (1) to be married to Luis Rosario who had been born on April 23, 1966 in Puerto Rico and lived in Methuen, Massachusetts; (2) that she had not previously given false testimony for the purpose of obtaining any immigration benefit; and (3) that she had never knowingly committed any crime for which she had not been arrested, even though defendant knew that all three statements were false in that (1) she had never been married to the person who had lived in Methuen, Massachusetts and had claimed to be the Luis Rosario who had been born on April 23, 1966 in Puerto Rico; (2) that said person was no longer alive; (3) that she had given false testimony in 1993 to obtain her visa to enter and live in the United States in that she knew that the signature of Luis Rosario on her 1993 visa application was forged; and (4) that she had given false testimony in 1993 to obtain her visa to enter and live in the United States in that she claimed that she was seeking to join her husband Luis Rosario who had been born on April 23, 1966 in Puerto Rico and then lived in Methuen, Massachusetts where as she knew at that time (a) that the person who claimed to be Luis Rosario of Methuen, Massachusetts was deceased; (b) that he was not the true Luis Rosario who had been born on April 23, 1966 in Puerto Rico that she identified in her visa application form as her husband; and (c) that she was

not going to live with the real Luis Rosario who had been born on April 23, 1966 in Puerto Rico; and (5) all these prior actions constituted a prior, uncharged crime for which she had not been arrested.

All in violation of Title 18, United States Code, Section 1001.

**COUNT FOUR:** (18 U.S.C. §1001 – False Statements to Government Agents or Agencies)

The Grand Jury further charges that:

On or about November 6, 2003, at Methuen, in the District of Massachusetts,

**MARISOL FELIX**
**a/k/a MARISOL FELIX de ROSARIO**

defendant herein, did knowingly and willfully make a false statement knowing the same to contain false, fictitious and fraudulent material statements in a matter within the jurisdiction of the Social Security Administration in that the defendant claimed (1) that she had been married to Luis Rosario who had been born on April 23, 1966 in Puerto Rico and had lived with him in Lawrence, Massachusetts; (2) that the Luis Rosario who had been born on April 23, 1966 in Puerto Rico had been murdered in Massachusetts in 1989; and (3) that the Luis Rosario who had been born on April 23, 1966 in Puerto Rico had signed her visa application form in 1993, knowing that each of these statements was false in that the real Luis Rosario who had been born on April 23, 1966 in Puerto Rico had never lived with her in Massachusetts, was not murdered in Massachusetts in 1989, and had not signed her visa application form in 1993.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*

Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, April 14, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk