# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA V.S. Marisol Felix

FOR: 
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name)

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 04-10121-JLT
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check): ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now: ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: American Airlines Customer Service, Logan Boston
- IF YES, how much do you earn per month? $ 1250/hr full time
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED 960/per month  SOURCES: $

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ less than 2000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - (1) VALUE $150,000 — Methuen - Condo - no mtg
  - (2) $250,000 — (fully mortgaged except for 20,000)
  - (3) $10,000 — Car (loans on this)

**DEPENDENTS**
- MARITAL STATUS: ✓ SINGLE, __ MARRIED, __ WIDOWED, __ SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: Oscar - 13, Wilmer - 16

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| mtg/mo | | $890/mo | $ |
| car | | $250/mo | $ |
| utilities, etc. | | $200/mo | $ |
| condo fee | | $160/mo | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/22/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)