AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

MARISOL FELIX

**WARRANT FOR ARREST**

**CASE NUMBER:** 04CR10121 JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MARISOL FELIX**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Theft of Government Property

Unlawful Procurement of Citizenship or Naturalization

False Statements to Government Agents or Agencies

in violation of Title 18 United States Code, Section(s) 641, 1425, 1001

Name of Issuing Officer: Catherine M. Gaudit (?)

Signature of Issuing Officer

Title of Issuing Officer: Supervisor

Date and Location: 4-14-04 Boston

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY SSA |
| ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/22/04 |

| DATE RECEIVED | NAME OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.