UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-CR-10121-JLT |
| ) | |
| MARISOL FELIX ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

    The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on April 22, 2004 and ending on June 8, 2004. As grounds therefor, the United States states that the parties need this time to exchange discovery and to negotiate a possible plea agreement.

    Defendant, through her counsel Catherine Byrne, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the continuance as requested above and exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

| | |
|---|---|
| MARISOL FELIX | MICHAEL J. SULLIVAN |
| By her attorney: | United States Attorney |
| | By: |
| /s/ Catherine Byrne, by SPB | /s/ Seth P. Berman |
| CATHERINE BYRNE | SETH P. BERMAN |
| (617) 223-8061 | Assistant U.S. Attorney |
| | (617) 748-3385 |

April 27, 2004