UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                CRIMINAL CASE
V.                     NO. 04-10121 JLT

MARISOL FELIX
     Defendants

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

     PLEASE TAKE NOTICE that the above-entitled case previously set at 10:00 a.m. on June 7, 2004, has been re-set for a **initial status conference** at **10:15 a.m., Tuesday, June 8, 2004,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

     Please note that the defendant need not be present.

                                HONORABLE JOYCE LONDON ALEXANDER
                                U.S. MAGISTRATE JUDGE

                                By the Court:

April 28, 2004                     /S/ Rex Brown
Date                             Courtroom Clerk
                                (617) 748-9238

Notice to:     Catherine Byrne, Esq.
                 *via electronic filing*
                 Seth Berman, Esq.
                 *via electronic filing*