UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 3: 29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10121-JLT |
| | ) | DISTRICT OF MASS. |
| MARISOL FELIX | ) | |
| | ) | |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by Assistant U.S. Attorney James F. Lang, and the defendant Marisol Felix, by counsel Amy Baron-Evans, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period commencing on June 8, 2004, the date of the initial status conference, up through July 14, 2004, the date scheduled for an interim status conference, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that the government has provided discovery materials to the defendant that the defendant is currently reviewing in order to make a determination whether to file substantive motions. It is therefore in the interests of justice that the instant motion be allowed.

WHEREFORE, the parties request that the Court enter a

written order of excludable delay covering the period of June 8, 2004 up to and including July 14, 2004.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                             By: /s/ James Lang
                                        James Lang
                                        Assistant U.S. Attorney


                                        MARISOL FELIX
                                        Defendant

                             By: /s/ Amy Baron-Evans (BJ JL)
                                        Amy Baron-Evans
                                        Counsel for Marisol Felix

DATE: June 15, 2004