UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10121 JLT

MARISOL FELIX
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On June 8, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. Features of the case that deserve special attention or modification of the standard schedule include the unavailability of the assigned AUSA on the case due to six (6) weeks of leave;

3. Anticipated supplemental discovery depends upon review of automatic discovery;

4. There is no discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 22, 2004 through May 20, 2004 (28 days) and May 20, 2004, through May 26, 2004 (33 days), for a total of sixty-one (61) days as of June 8, 2004. The total amount of time to proceed to trial is seventy (70) days as of May 26, 2004;

6. Trial is uncertain at this time. The estimated duration of a trial is one (1) week;

7. There are no other matters.

      IT IS HEREBY ORDERED THAT

      A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. A

**Interim Status Conference** is scheduled at **11:45 a.m.** on **July 14, 2004,** in Courtroom 24, 7th floor.

   **Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

        HONORABLE JOYCE LONDON ALEXANDER
        U.S. MAGISTRATE JUDGE

        By the Court:

June 17, 2004        /S/ Rex Brown
Date           Courtroom Clerk
          (617) 748-9238