UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       )
                               )
     v.                        )    CRIMINAL NO. 04-10121-JLT
                               )
MARISOL FELIX                  )
```

<u>MOTION TO CONTINUE STATUS CONFERENCE DATE</u>

    The defendant respectfully moves that the status conference in the above case be continued from July 14, 2004 at 10:15 a.m. to anytime that is convenient for the court on July 23, 2004 or anytime after 12:00 on the afternoon of August 2nd.  As reason therefore, defense counsel will be on trial on July 14 in the matter of <u>United States v. Watson</u>, Criminal No. 01-10122-RWZ.

    The defendant also moves that the time between July 14 and July 23, 2004 be excluded from the speedy trial calculation.

    The government, per Assistant United States Attorney Seth Berman, assents to this motion.

                                                  MARISOL FELIX
                                                  By her attorney,

                                                  /s/ Catherine K. Byrne

                                                  Catherine K. Byrne
                                                     B.B.O. #543838
                                                  Federal Defender Office
                                                  408 Atlantic Avenue, 3rd Floor
                                                  Boston, MA  02110
                                                  Tel: 617-223-8061

_____