UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.    )<br>)<br>MARISOL FELIX )  | CRIMINAL NO. 04-10121-JLT |

DEFENDANT'S ASSENTED-TO MOTION TO
AMEND CONDITIONS OF PRETRIAL RELEASE

    Defendant respectfully moves this Court to amend her conditions of pretrial release to remove the condition that she report in person to the Pretrial Services Office each Thursday, and to require instead that she report by telephone each Thursday.

    Assistant United States Attorney Seth Berman and Pretrial Services Officer September Brown assent to this motion.

                                                MARISOL FELIX
                                                By her attorney,

                                                /s/ J. Martin Richey

                                                J. Martin Richey
                                                    B.B.O. #559902
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061