UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL CASE
V.                                                          NO. 04-10121 JLT

MARISOL FELIX
        Defendant

REPORT & ORDER ON
INTERIM & FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On August 19, 2004, the parties appeared before this Court for an Interim Status Conference and on September 14, 2004, the parties appeared before this Court for a Final Status Conference.  With regard to the following issues, the parties have represented that:

1.  There are no features of the case that deserve special attention or modification of the standard schedule;

2.  Discovery is complete and there are no pending discovery motions;

3.  There is no supplemental discovery anticipated, except for possible expert disclosures;

4.   If the matter proceeds to trial, discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will include the government's witness as to fingerprint identification;

4.  The applicable periods of excludable delay under the Speedy Trial Act include: April 22, 2004 through May 20, 2004 (28 days); May 20, 2004, through May 26, 2004 (33 days); May 26, 2004, through June 8, 2004 (13 days); June 8, 2004, through July 14, 2004 (36 days); July 14, 2004, through July 20, 2004 (6 days); July 20, 2004, through August 19, 2004 (30 days); and August 19, 2004, through September 14, 2004 (26 days), for a total of one hundred and seventy-two (172) days as of September 14, 2004.  The total amount of time to proceed to trial is seventy (70) days as of September 14, 2004.   There are anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock.  The filing of said motions is dependent upon completion of the pretrial investigation by the defendant;

1

5.  (a)  The defendant does not intend to raise a defense of insanity;

    (b)  The defendant does not  intend to raise a defense of public authority;

6.  The government has not requested notice of alibi;

7.  There are anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial.   The filing of said motions is dependent upon completion of the pretrial investigation by the defendant;

8.  There is no need for a schedule concerning any other matters;

9.  Early resolution of the case without trial is possible;

10.  Atthis time, trial is necessary.  The estimated duration of a trial is five (5) days;

11.  There are no other matters.


       IT IS HEREBY ORDERED THAT

       A motion date has been established.  The defendant shall file any dispositive motions on or before September 14, 2004, with the government's response due on or before September 28, 2004.  Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

                  HONORABLE JOYCE LONDON ALEXANDER
                  UNITED STATES MAGISTRATE JUDGE
                  By the Court:

                  /S/ Rex Brown
                  Courtroom Clerk
                  (617) 748-9238

September 27, 2004
Date