UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-CR-10121-JLT |
| ) | |
| MARISOL FELIX ) | |

<u>JOINT MOTION TO SCHEDULE RULE 17.1 PRETRIAL CONFERENCE
AND TO EXCLUDE TIME</u>

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through her attorney Catherine Byrne, move, pursuant to F.R.Cr.P. Rule 17.1, for the Court to schedule a Pretrial Conference on this matter for a date convenient to the Court in or about February 2005.  The parties further move, pursuant to 18 U.S.C. §3161 (h)(1)(f) and (h)(8)(A), to exclude the period of time commencing on August 19, 2004 and ending on the date set by the Court for the Pretrial Conference.  As grounds therefor, the parties states that the defendant needs this time to continue her investigation of this matter.

WHEREFORE, the parties respectfully request, pursuant to F.R.Cr.P. Rule 17.1, that the Court schedule a Pretrial Conference in or about February 2005, and that under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

| | |
|---|---|
| MARISOL FELIX | MICHAEL J. SULLIVAN |
| By her attorney: | United States Attorney |
| | By: |
| | |
| /s/ Catherine Byrne, by SPB | /s/ Seth P. Berman |
| CATHERINE BYRNE | SETH P. BERMAN |
| (617) 223-8061 | Assistant U.S. Attorney |
| | (617) 748-3385 |

November 29, 2004