# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA

                                        CR 04-10121-JLT

    V

MARISOL FELIX

### NOTICE

The above-entitled case has been set for **a pre-trial conference on December 7, 2004 at 10:30 A.M.** in <u>Courtroom 20, 7th Floor, at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                        By the Court,

                                        /s/

                                        Zita Lovett
                                        Deputy Clerk

Date: December 1, 2004
CC:   All counsel of record