UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10121-JLT |
| ) | |
| MARISOL FELIX ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

The defendant respectfully moves that the trial date in the above case be continued from February 14, 2005 for approximately two months to any date after April 11, 2005.  As reason therefore, defendant needs additional time to complete the investigation in preparation for trial.  In addition, due to the serious immigration consequences including denaturalization and deportation, defendant needs additional time to consult with an immigration lawyer.

If the court allows this continuance, defendant also moves that the time between February 14, 2005 and the trial date be excluded from the speedy trial calculation.

The government, per Assistant United States Attorney Seth Berman, assents to this motion.

                                        MARISOL FELIX
                                        By her attorney,

                                        /s/ Catherine K. Byrne

                                        Catherine K. Byrne
                                            B.B.O. #543838
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

-2-