UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10121-JLT |
| | ) | |
| MARISOL FELIX | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE TRIAL DATE</u>

    The defendant respectfully moves that the trial date in the above case be continued from April 19, 2005 to either June 13, July 11, July 18, July 25 or August 1, 2005 as is convenient for the court.  As reason therefore, defendant and the government are involved in serious plea negotiations which are likely to make a trial of this matter unnecessary.  However, due to the grave immigration consequences including de-naturalization and likely deportation and the fact that defendant is the single parent of two high-school boys who are United States citizens, she needs additional time to assess the consequences of a conviction.

    If the court allows this continuance, defendant also moves that the time between April 19, 2005 and the trial date be excluded from the speedy trial calculation.

-2-

The government, per Assistant United States Attorney Seth Berman, assents to this motion.

                                  MARISOL FELIX
                                  By her attorney,

                                  /s/ Catherine K. Byrne

                                  Catherine K. Byrne
                                      B.B.O. #543838
                                  Federal Defender Office
                                  408 Atlantic Avenue, 3rd Floor
                                  Boston, MA  02110
                                  Tel: 617-223-8061

April 11, 2005

_____