UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CRIMINAL NO. 04-10121-JLT |
| ) | |
| MARISOL FELIX      ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

The defendant respectfully moves that the trial date in the above case be continued from November 14, 2005 to February 6, 2006. As reason therefore, counsel for defendant will be starting trial on October 31, 2005 before this Court in U.S. v. David Seymour, No. 03-10296-JLT, a case requiring significant preparation. Counsel will be unable to adequately prepare for the present case while preparing for and on trial in Seymour.

If the court allows this continuance, defendant also moves that the time between April 19, 2005 and February 6, 2006 be excluded from the speedy trial calculation. Defendant is not in custody.

The government, per Assistant United States Attorney Seth Berman, assents to this motion.

MARISOL FELIX
By her attorney,

/s/ Catherine K. Byrne
Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061