UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10121-JLT |
| | ) | |
| MARISOL FELIX | ) | |

ASSENTED-TO MOTION TO ALLOW THE DEFENDANT
TO TRAVEL TO TEXAS FOR EMPLOYMENT OBLIGATION

The defendant, Marisol Felix, respectfully requests that this Court allow her to leave the District of Massachusetts from September 21, 2005 to September 23, 2005 to travel to Dallas, Texas for an employment obligation.  Ms. Felix, who works in customer service for American Airlines at Logan Airport in Boston, is required to attend training on security measures at the airport.  She will be traveling on American Airlines and will be departing on September 21st at 9:00 AM and returning on September 23rd at 3:00 PM.

The government, per Assistant United States Attorney Seth Berman, assents to this motion.

                                           MARISOL FELIX
                                           By her attorney,

                                           /s/ Catherine K. Byrne

                                           Catherine K. Byrne
                                                 B.B.O. #543838
                                           Federal Defender Office
                                           408 Atlantic Avenue, 3rd Floor
                                           Boston, MA  02110
                                           Tel: 617-223-8061