Your honorable Judge Toro, its with all my respect that iam writing you this request for a change of attorney, for the following reasons.

        I have a case in wich att. katherine byrne is representing me, the case started allmost 2 years ago, in the last two years i met with att. byrnes three times to discuss my case during those two years att. byrnes hasent done much research for my defense with the information that i provided for her witch wil help prove my innocence.

        After a four hour metting with Att. byrnes on 01/11 she stated that ( she had no defence for me )  so she ask me too come up with some ideas for my defence. I think this is unfair to me because she is suppose to be the Att. here.

    during this meeting with Att. byrnes she had just read some off the documents regarding my case for the first time in two years.

        Iam sure Att. byrnes is a good

Page 1

Att. but she and i both know she is not the right one for me and my sittuation.

   I belive that Att. byrnes is pushing in a direction that can only get me the worst outcome for me in this trial.  She does not realize that my life and freedom are at risk in this trial.

your Honor,  Iam asking you to please consider assigning me new counsel so i can save my day in court.

Thank you for taking the time to read this letter.

MARISOL Felix

Sincerly,

*[signature]*

97r 794-4683.