UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10121-JLT |
| ) | |
| MARISOL FELIX ) | |

## MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL

Assistant Federal Public Defender Catherine K. Byrne, who was appointed in this Court to represent the defendant, respectfully moves that she be allowed to withdraw as counsel and that new counsel be appointed to represent defendant.

As grounds therefor, counsel states that the defendant has expressed considerable dissatisfaction with counsel's handling of the case; and that such disagreement has occasioned an irretrievable breakdown in the attorney-client relationship. (See Affidavit in Support of Motion for Appointment of New Counsel.)

MARISOL FELIX
By her attorney,

/s/ Catherine K. Byrne

Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the Assistant United States Attorney Seth Berman and paper copies will be sent to those indicated as non-registered participants on January 18, 2006.

/s/ Catherine K. Byrne

Catherine K. Byrne