UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * * * | |
| v. | * * | Criminal No. 04-10121-JLT |
| MARISOL FELIX, | * * * | |
| Defendant. | * | |

ORDER

April 5, 2006

TAURO, J.

After a Conference held on April 5, 2006, this court hereby orders that:

1. Trial is scheduled to begin on July 24, 2006, at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge