UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.   )   Case No. 04-10121-JLT<br>)<br>MARISOL FELIX, )<br>)<br>Defendant. )<br>) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Seth P. Berman and Linda M. Ricci, hereby gives notice that it may call the following persons as witnesses during its case-in-chief.

The government reserves the right to add additional witnesses prior to trial.

Special Agent Jason Donnelly
Social Security Administration
Boston, MA

Denise Jose
Social Security Administration
Lawrence, MA

Special Agent Randy Reeves
Immigration and Customs Enforcement
Boston, MA

Luis Rosario
Bronx, NY

Pedro Rosario
Bronx, NY

Daniel Sanchez
Lawrence, MA

Joanne Sassone
Keeper of the Records
Citizenship and Immigration Services

Hilda Torres
Bronx, NY

Stanley Vassallo
Keeper of the Records
Social Security Administration
Lawrence, MA

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                By:    /s/ Linda M. Ricci
                                      SETH P. BERMAN
                                      LINDA M. RICCI
                                      Assistant U.S. Attorneys

Dated:       July 10, 2006

## CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                /s/ Linda M. Ricci
                                                Linda M. Ricci

Dated:       July 10, 2006