UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 04-10121-JLT |
| | ) | |
| MARISOL FELIX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTION**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Seth P. Berman and Linda M. Ricci, hereby submits the following proposed *voir dire* question pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure.

1. This is a case that involves immigration issues. Do you have any opinions about immigration issues that would impact your ability to be fair in this trial?

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Linda M. Ricci
      SETH P. BERMAN
      LINDA M. RICCI
      Assistant U.S. Attorneys

Dated:     July 10, 2006

CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                       /s/ Linda M. Ricci  
                                                       Linda M. Ricci

Dated:        July 10, 2006