UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Case No. 04-10121-JLT |
| | ) |
| MARISOL FELIX, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

Assistant United States Attorney Linda M. Ricci hereby enters an appearance as counsel

for the United States of America in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Linda M. Ricci_____
LINDA M. RICCI
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ Linda M. Ricci_____
LINDA M. RICCI
Assistant U.S. Attorney

Date:  July 11, 2006