UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 04-10121-JLT |
| MARISOL FELIX, | ) |
| Defendant. | ) |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Seth P. Berman and Linda M. Ricci, hereby submits this Exhibit List in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

**Exhibit No.    Description**

| Exhibit No. | Description |
|---|---|
| 1-A | Petition for Alien Relative (Form I-130) |
| 1-B | Biographic Information for Luis Rosario (Form G-325A) |
| 1-C | Biographic Information for Marisol Felix (Form G-325A) |
| 1-D | Certificate of Marriage Registration for Luis Rosario and Marisol Felix |
| 1-E | Certificate of Birth Registration for Luis Rosario from Alien File |
|  |  |
| 2-A | Application for Immigrant Visa and Alien Registration |

1

| 2-B | Additional Questions to be Completed by All Applicants for Permanent Residence in the United States |
|---|---|
| 2-C | Birth Certificate for Marisol Felix (Spanish) |
| 2-D | Medical Examination of Applicants for United States Visas Form dated 5/17/94 |
| 2-E | Laboratorio de Analisis dated 5/17/94 (Spanish) |
| 2-F | Laboratorio de Referencia dated 5/17/94 (Spanish) |
| 2-G | Letter from Clinica Abreu for Marisol Felix dated 5/17/94 (Spanish) |
| 2-H | Affidavit of Support (Form I-134) by Luis Rosario |
| 2-I | Letter from Metropolitan Credit Union dated 5/10/94 |
| 2-J | Letter from Daniel Sanchez of Sanchez Sunoco dated 5/13/94 |
| 2-K | ADP Payment Records for Luis Rosario from Sanchez Sunoco |
| 2-L | Form W-2 Wage and Tax Statement 1993 for Luis Rosario |
| 2-M | Form 1040EZ U.S. Individual Income Tax Return 1993 for Luis Rosario |
| 2-N | Letter from Graziano's Beauty Center regarding Marisol Felix dated 5/6/94 |
| 2-O | Immigrant Visa and Alien Registration for Marisol Felix dated 8/21/94 |
| 2-P | Resident Alien/Green Card for Marisol Felix |
|   |   |
| 3-A | Application for Naturalization (N-400) for Marisol Felix |
| 3-B | Certificate Preparation Sheet and Oath of Allegiance dated 9/22/03 |
| 3-C | Notice of Naturalization Oath Ceremony for Marisol Felix dated 9/22/03 |
| 3-D | Petition for Name Change for Marisol Felix granted 10/9/03 |
| 3-E | Certificate of Naturalization for Marisol Felix dated 10/9/03 |
|   |   |
| 4-A | Application for Mother's Insurance Benefits dated 4/13/93 |
| 4-B | Application for Child's Insurance Benefits (handwritten) dated 4/13/93 |
| 4-C | Application for Child's Insurance Benefits |
| 4-D | Birth Certificate for Oscar Rosario |

| 4-E | Request to be Selected as Payee dated 4/13/93 |
|---|---|
| 4-F | SSA Report of Confidential Social Security Benefit Information stamped 1/3/90 |
| 4-G | Report of Contact dated 6/7/93 |
| 4-H | SSA Statement of Claimant (Form SSA-795) |
| 4-I | New Start Guarantee/AIME PIA Computation |
| 4-J | SSA Computer Print-Out Regarding Luis Rosario dated 4/20/93 |
| 4-K | SSA Computer Print-Out dated 6/14/93 |
| 4-L | Determination of Award Worksheet dated 6/8/93 |
| 4-M | MADCAP Print-Out dated 6/14/93 |
| 4-N | Determination of Benefit Adjustment (Form SSA-3925-TR) for Marisol Felix dated 6/15/93 |
| 4-O | Determination of Benefit Adjustment (Form SSA-3925-TR) for Marisol Felix for Oscar Rosario dated 6/15/93 |
| 4-P | SSA Computer Print-Out dated 11/25/03 |
| 4-Q | Determination of Benefit (Form SSA-3925-TR) for Marisol Felix dated 11/26/03 |
| 4-R | Determination of Benefit (Form SSA-3925-TR) for Marisol Felix for Oscar Rosario dated 11/26/03 |
| 4-S | Certified Extract of Payment |
|  |  |
| 5 | Luis Rosario Death Certificate Recording Death in Lawrence, MA on 12/26/89 |
|  |  |
| 6 | Certificate of Marriage Registration for Luis Rosario and Marisol Felix (signed) |
|  |  |
| 7-A | Biographic Information (Form G-325A) with initials "MF" |
| 7-B | Certificate of Marriage Registration for Luis Rosario and Marisol Felix with initials "MF" and date "11/6/03" |
| 7-C | Certificate of Birth Registration for Luis Rosario from Alien File with initials "MF" and date "11/6/03" |

| 7-D | Application for Naturalization (N-400) for Marisol Felix with initials "MF" and date "11/6/03" |
|---|---|
| 7-E | Application for Mother's Insurance Benefits dated 4/13/93 with initials "MF" |
| 7-F | Application for Child's Insurance Benefits (handwritten) dated 4/13/93 with initials "MF" and date "11/6/03" |
| 7-G | Birth Certificate for Oscar Rosario with initials "MF" and date "11/6/03" |
| 7-H | Requested to be Selected as Payee dated 4/13/93 with initials "MF" and date "11/6/03" |
| 7-I | Luis Rosario Death Certificate Recording Death in Lawrence, MA on 12/26/89 with initials "MF" and date "11/6/03" |
|  |  |
| 8 | Timeline of Key Document and Events |

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

               By:    /s/ Seth P. Berman
                                SETH P. BERMAN
                                LINDA M. RICCI
                                Assistant U.S. Attorneys

Dated:  July 11, 2006


## CERTIFICATE OF SERVICE

     I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                /s/ Linda M. Ricci
                                Linda M. Ricci

Dated:  July 11, 2006