UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Case No. 04-10121-JLT |
| MARISOL FELIX, | ) ) ) | |
| Defendant. | ) ) ) | |

## GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

Pursuant to Fed. R. Crim. P. 30, the United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Seth P. Berman and Linda M. Ricci, hereby submits its request for jury instructions in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw these instructions in light of the defendant's requested instructions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney

Dated: July 13, 2006

CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                            /s/ Seth P. Berman
                                            SETH P. BERMAN
                                            Assistant U.S. Attorney

Dated:        July 13, 2006

## TABLE OF CONTENTS

| INSTRUCTION NO. | DESCRIPTION |
|---|---|
| 1 | THEFT OF GOVERNMENT PROPERTY |
| 2 | UNLAWFUL PROCUREMENT OF NATURALIZATION OR CITIZENSHIP |
| 3 | MAKING A FALSE STATEMENT TO A FEDERAL AGENT OR AGENCY |

# JURY INSTRUCTION NO. 1
## Title 18, United States Code, §641
## ELEMENTS OF THEFT OF GOVERNMENT PROPERTY

The defendant is charged with theft of government property. For you to find the defendant guilty of this crime, you must be convinced that the government has proven each of these things beyond a reasonable doubt:

*First*, that the defendant voluntarily, intentionally and knowingly stole, purloined, or converted money for her own use;

*Second*, that the money belonged to the United States;

*Third*, that the defendant did so with intent to deprive the owner of the use or benefit of the money or property so taken; and

*Fourth*, that the money had a value in excess of One Thousand Dollars ($1,000).

It is not necessary to prove that the defendant knew that the government owned the property at the time of the wrongful taking so long as it is established, beyond a reasonable doubt, that the government did in fact own the money or property involved, that it had a value in excess of One Thousand Dollars ($1,000), and that the defendant knowingly and willfully stole purloined, or converted it.

The term "stole, purloined, or converted" includes the obtaining of monies under a government program if the defendant had knowledge that she was not eligible for such benefits.

# JURY INSTRUCTION NO. 2
## Title 18, United States Code, §1425
## UNLAWFUL PROCUREMENT OF NATURALIZATION OR CITIZENSHIP[1]

The defendant is charged with unlawful procurement of naturalization or citizenship. For you to find the defendant guilty of this crime, you must be convinced that the government has proven each of these things beyond a reasonable doubt:

*First,* that the defendant applied for, attempted to procure, or obtained naturalization or citizenship;

*Second*, that the defendant is not entitled to naturalization or citizenship; and

*Third*, that the defendant knew she was not entitled to naturalization or citizenship.

In this context, the defendant knew she was not entitled to naturalization or citizenship if she knew (i) that her status as a legal permanent resident was a prerequisite for obtaining citizenship and (ii) that her status as a legal permanent resident had been obtained fraudulently.

Alternatively, the defendant knew she was not entitled to naturalization or citizenship if she knew (i) that she made false statements on her citizenship application and (ii) that a truthful statement would render her ineligible for naturalization or citizenship.[2]

---

[1] *See U.S. v. Moses*, 94 F.3d 182, 184 (5th Cir. 1996).

[2] *See Moses*, 94 F.3d at 187.

# JURY INSTRUCTION NO. 3
## Title 18, United States Code, §1001
## MAKING FALSE STATEMENTS TO A FEDERAL AGENCY[3]

The defendant is charged in each of two counts with making a false statement in a matter within the jurisdiction of a government agency. For you to find the defendant guilty of this crime, you must be convinced that the government has proven each of these things beyond a reasonable doubt:

*First*, that the defendant knowingly made a material false statement;

*Second*, that the defendant made the statement voluntarily and intentionally; and

*Third*, that the defendant made the statement in an application for naturalization and through statements made to federal agents.

A false statement is made "knowingly" if the defendant knew that it was false or demonstrated a reckless disregard for the truth with a conscious purpose to avoid learning the truth.

A statement is "material" if it has a natural tendency to influence or to be capable of influencing the decision of the decisionmaker to which it was addressed.

A statement is "false" if it was untrue when made.

---

[3] First Circuit Pattern Jury Instructions, Criminal Cases (1988), Section 4.08.