UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          NO. 2004-CR-10121-1-JLT

MARISOL FELIX

### DEFENDANT'S MOTION FOR RULE 11 HEARING

Now comes the defendant and moves the Honorable Court set a date for a Rule 11 hearing in the above-captioned case. The case is currently scheduled for trial on 24 July 2006.

    Respectfully submitted,
    By her attorney,

    *S/ James J. Cipoletta*
    _____
    James J. Cipoletta
    BBO# 084260
    385 Broadway, Suite 307
    Revere, MA 02151
    781.289.7777

### CERTIFICATE OF SERVICE

I, James J. Cipoletta, attorney for the defendant, hereby certify that I have given notice to Assistant United States Attorneys Linda Ricci and Seth Berman by electronic filing of this pleading on 14 July 2006.

    *S/ James J. Cipoletta*
    _____

Dated: 14 JUL 06