UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **Filed Under Seal** |
| v. ) | |
| ) | Case No. 04-10121-JLT |
| MARISOL FELIX, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S EX PARTE MOTION TO SEAL

The United States hereby respectfully moves this Honorable Court to seal the accompanying Government's Sealed Ex Parte Motion, Affidavit of Special Agent Jason Donnelly in support of the Government's Sealed Ex Parte Motion, Government's Ex Parte Motion to Seal, and any other paperwork related to this matter until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might result in the flight of the defendant, who is awaiting sentencing on October 24, 2006 following her guilty plea to a four-count indictment charging her with one count of theft of government property, in violation of 18 U.S.C. § 641, one count of unlawful procurement of citizenship or naturalization, in violation of 18 U.S.C. § 1425, and two counts of false statements to government agents or agencies, in violation of 18 U.S.C. § 1001.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SETH P. BERMAN
LINDA M. RICCI
Assistant U.S. Attorneys

Dated: August 7, 2006

Allowed
/s/ Tauro J
8/7/06