UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARISOL FELIX,<br><br>    Defendant. | **Filed Under Seal**<br><br>Case No. 04-10121-JLT |

## GOVERNMENT'S EX PARTE SEALED MOTION

The United States of America hereby moves this Honorable Court, pursuant to 18 U.S.C. § 3148(b), to revoke the Court's Order Setting Conditions of Release issued by the Honorable Marianne B. Bowler dated April 22, 2004, as subsequently modified, in the above-captioned matter. In support of this motion, the United States submits the Affidavit of Special Agent Jason Donnelly, Office of Inspector General, Social Security Administration (the "Donnelly Affidavit"), dated August 7, 2006. As set forth in the Donnelly Affidavit, there is probable cause to believe that the defendant, Marisol Felix, has violated the Court's condition, *inter alia*, that she not commit a Federal, State, or local crime during the period of her release. Pre-Trial Services Officer September Brown has been provided with a copy of the Donnelly Affidavit and concurs with the Government's motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ SETH P. BERMAN
SETH P. BERMAN
LINDA M. RICCI
Assistant U.S. Attorneys

Dated: August 7, 2006

*[Handwritten annotation: Denied without prejudice /s/ Tauro DJ 8/7/06]*

**Filed Under Seal**

**AFFIDAVIT OF SPECIAL AGENT JASON DONNELLY**

I, Jason Donnelly, do hereby depose and state as follows:

1. I am a Special Agent with the United States Social Security Administration, Office of the Inspector General, Office of Investigations ("OI/OIG/SSA"), Boston, Massachusetts Field Office and have been so employed since February 2001. My duties include the conduct of criminal investigations involving criminal violations of Title 18 and Title 42 of the United States Code. Prior to my employment with OI/OIG/SSA, I was employed for approximately three years as an Inspector with the Immigration and Naturalization Service in Boston, Massachusetts. I am a graduate of the Criminal Investigator Training Program, the Inspector General Investigator Training Program, and the Immigration Officer Basic Training Course taught at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. I am aware, based on my training and experience, that Title 42, United States Code, Section 408(a)(6) makes it a criminal offense for anyone to willfully, knowingly, and with intent to deceive the Commissioner of Social Security as to his true identity (or the true identity of any other person) furnish or cause to be furnished false information to the Commissioner of

Social Security with respect to any information required by the Commissioner of Social Security in connection with the establishment and maintenance of SSA records. I am also aware, based on my training and experience, that Title 18, United States Code, Section 1001 makes it a criminal offense for anyone to knowingly and willfully make any materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of a government agency.

3. The information set forth in this affidavit is based on my personal knowledge, information provided to me by individuals employed by the SSA, information provided to me by other law enforcement agencies, and my review of relevant SSA records. This affidavit is not intended to set forth all of the information that I have learned during this investigation, but is made in support of the Government's Ex Parte Motion to Revoke the Order Setting Conditions of Release for MARISOL FELIX ("FELIX"), dated April 22, 2004, as subsequently modified.

4. SSA is an agency within the executive branch of the United States Government responsible for administering retirement, disability, survivor, and Supplemental Security Income benefits programs and for issuing Social Security Numbers ("SSN") and SSN Cards for eligible beneficiaries.

5.   The Office of Investigations is the law enforcement component within the Office of the Inspector General for SSA. The Office of Investigations conducts and coordinates criminal investigations related to SSA programs, operations, and its employees.  This includes investigations of alleged or suspected fraud involving the issuance of SSNs or SSN Cards.

6.   On July 25, 2006, SSA officials informed me that on or about July 19, 2006, FELIX appeared at the Lawrence, Massachusetts, SSA Office, presented herself to SSA using the identity "Christy Betancourt", and requested the assistance of SSA in obtaining the SSN assigned to Christy Betancourt.  SSA officials told me that, in support of her request for the SSN assigned to Christy Betancourt, FELIX presented a notice from the Massachusetts Registry of Motor Vehicles ("RMV") indicating that the RMV was unable to verify Christy Betancourt's SSN with SSA.  An SSA employee attempted to verify with SSA records the SSN and biographical information (i.e., Christy Betancourt, DOB: 12/10/1967) provided to SSA by FELIX.  Because no matching record could be located and because FELIX did not have proper identification, SSA was unable to proceed with FELIX's request to obtain Christy Betancourt's SSN.  Prior to departing the SSA Office, FELIX provided an SSA employee with a telephone number where she, "Christy Betancourt", could be reached.  The telephone number provided by FELIX was 978-828-7053.

7. My review of Massachusetts RMV automated records revealed that on or about September 29, 1992, a Massachusetts Driver's License was issued in the identity of Christy Betancourt with a date of birth of 12/10/1964. RMV records indicate that on or about April 20, 1993, this license was suspended for a citation payment default. RMV records further indicate that on or about July 19, 2006, the same day that FELIX appeared in the Lawrence SSA office, a payment-default fee was paid in an attempt to reinstate this driver's license. The license was not successfully reinstated.

8. RMV records indicate that the SSN listed on the record of the suspended Betancourt license is 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. My review of SSA automated records disclosed that on July 19, 2006, the SSN: 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 and the identity of Christy Betancourt were both queried through the SSA database at the Lawrence SSA office.

9. RMV records indicate the mailing address associated with the Christy Betancourt driver's license was 20 Danbury Drive, Apartment 8, Methuen, Massachusetts. SSA Records and documents indicate that FELIX advised SSA on or about April 13, 1993 that her mailing address was 20 Danbury Drive, Apartment 8, Methuen, Massachusetts.

10. On July 26, 2006, I consensually monitored a telephone call placed from the Lawrence SSA Office to the telephone number (978-828-7053) provided by FELIX to SSA as a means to reach Christy Betancourt on July 19, 2006. Upon attempting the call, an automated greeting was reached prompting the caller to leave a message for "Marisol".

11. On July 31, 2006, I met with an SSA employee who had observed FELIX present herself as Christy Betancourt in the SSA Lawrence Office on or about July 19, 2006. I presented to the SSA employee a Photo Display Folder (photo array), consisting of six similar, driver's license-style photographs. Among the photographs was a recent driver's license photograph of FELIX being presented in window number two (2). The SSA employee reviewed the photo display folder and indicated that the person in photograph number two (2), FELIX, was the person who had appeared in the SSA office on or about July 19, 2006, presenting herself as Christy Betancourt.

12. Based on the foregoing, I believe that probable cause exists to conclude that on or about July 19, 2006, Marisol FELIX, within the District of Massachusetts, (i) did willfully, knowingly, and with intent to deceive the Commissioner of Social Security as to her true identity, furnish or cause to be furnished false information to the Commissioner of Social Security with respect

to any information required by the Commissioner of Social Security in connection with the establishment and maintenance of SSA records, in violation of 42 U.S.C. § 408(a)(6), and (ii) did knowingly and willfully make a materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of a government agency, in violation of 18 U.S.C. § 1001.

                                                        JASON DONNELLY
                                                       U.S. Social Security Admin.
                                                       Office of the Insp. General
                                                       Office of Investigations

    Executed under the pains and penalties of perjury this 7th day of August, 2006.