UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-CR-10121-JLT |
| | ) | |
| MARISOL FELIX | ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the Government's Ex Parte Sealed Motion to Revoke the Court's Order Setting Conditions of Release and the related documents be unsealed. As grounds therefore, the government states that the defendant is in custody. As a result, the public disclosure of the information contained in said documents will no longer jeopardize an ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Seth P. Berman
Assistant U.S. Attorney

Date: August 15, 2006

*[Handwritten in left margin: August 15, 2006. Allowed. Marianne B. Bowler, USMJ]*