AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States
V.
Marisol Felix

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10121-JLT

| PRESIDING JUDGE<br>U.S.M.J. Marianne B. Bowler | PLAINTIFF'S ATTORNEY<br>AUSA Berman/Ricci | DEFENDANT'S ATTORNEY<br>James Cipoletta |
|---|---|---|
| TRIAL DATE (S)<br>8/17/2006 Detention Hearing | COURT REPORTER<br>n/a | COURTROOM DEPUTY<br>Marc Duffy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/17/06 | | | Witness: Jason Donnelly called by the Govt. |
| 1 | | " | X | X | Photo Array, 2 pages |
| | | " | | | Witness: Jeremiah Friedman called by the Deft. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages