≤AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

FILED
CLERKS OFFICE

2006 AUG 23 P 3: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA
v.
Marisol Felix

**WARRANT FOR ARREST**

Case Number: **04-10121-JLT**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Marisol Felix**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with   (brief description of offense)

violating a condition of the Order of Release issued October 22, 2004, to wit, that defendant Marisol Felix not commit a Federal, State, or local crime during the period of her release.

in violation of Title **18** United States Code, Section(s) **3148(b)**

**Marianne B. Bowler U.S. MJ**
Name of Issuing Officer

**Marianne B. Bowler, USMJ**
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Date and Location

WARRANT EXECUTED BY USMS - SELF-SURRENDER
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/15/06

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |