```
 1              EXCERPT FROM PROCEEDINGS ON OCTOBER 31, 2006

 2         UNITED STATES V. MARISOL FELIX -- CR No. 04-10121

 3                    DISPOSITION BEFORE JUDGE TAURO

 4            THE COURT:  What I have decided to do is to

 5   put you on probation.  And the reason that I am doing that

 6   is that I think that the jail term suggested by the

 7   guidelines would be excessive.  And, contrary, that a

 8   probationary sentence under all these circumstances is

 9   appropriate.

10            And I say that having in mind that the criminal

11   activity did start many years ago when you were much younger

12   and that you do have -- you have led an exemplary life.  You

13   work.  You raised your family.  And you have not caused any

14   trouble other than this circumstance.

15            And I think that by putting you on probation and

16   giving you an opportunity to make restitution for the funds

17   that you took, that you should not have taken but that you

18   did take, is the fairest way for the public to be

19   compensated for what has happened here, rather than to have

20   me put you in jail for, whether it is two years or fifteen

21   months, whatever the guideline sentence might be

22   recommended.

23            But this to my judgment is not a jail case.  The

24   facts don't support sending you to jail.  I think they

25   support -- more readily support, as I say, a probationary
```

ATTACHMENT A

```
1    sentence which gives you the opportunity to make
2    restitution.
3             Did I cover everything?
4             THE PROBATION OFFICER:  Yes, Your Honor.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```