UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARISOL FELIX )| Case No. 04-CR-10121-JLT |

## GOVERNMENT'S MOTION TO REVOKE THE UNITED STATES CITIZENSHIP OF MARISOL FELIX

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Seth P. Berman and Linda Ricci, moves, pursuant to 8 U.S.C. §1451(e), to revoke the citizenship of defendant MARISOL FELIX. As grounds therefore, the government states that on October 9, 2003, FELIX was naturalized as a United States Citizen pursuant to Certificate of Naturalization No. 28000049. On July 17, 2006, FELIX admitted that she had obtained that Certificate of Naturalization through fraud and pled guilty to, among other things, Unlawful Procurement of Citizenship or Naturalization in violation of 18 U.S.C. § 1425. FELIX was sentenced for this and other crime on October 31, 2006.

**Revocation of Citizenship is Mandatory After a Conviction for Unlawful Procurement of Citizenship:**

Title 8, United States Code, Section 1451(e) provides that, upon a conviction under 18 U.S.C. § 1425 for knowingly procuring naturalization in violation of law:

> the court in which such conviction is had shall thereupon revoke, set aside, and declare void the final order admitting such person to citizenship, and shall declare the certificate of naturalization of such person to be canceled. Jurisdiction is conferred on the courts having jurisdiction of the trial of such offense to make such adjudication.

The plain language of the statute makes clear that (1) jurisdiction to revoke citizenship is

1

in the Court of conviction for the criminal offense; and (2) the decision to revoke citizenship of the defendant is not discretionary ("the Court **shall** declare the certificate of naturalization ... cancelled").  Every reported decision from a federal court of appeals has held that the District Court in which a defendant was convicted of a violation of 18 U.S.C. § 1425 **must** revoke the defendant's citizenship.  See United States v. Odelakon, 150 Fed.Appx. 374 (5th Cir. 2005) ("The trial court has no discretion in applying [8 U.S.C. § 1451(e)."); United States v. Damrah, 124 Fed.Appx. 976 (6th Cir. 2005) (same);  United States v. Inocencio, 328 F.3d 1207, 1209 (9th Cir. 2003) ("Revocation of naturalization is mandatory upon conviction of naturalization fraud in violation of section 1425.  Congress plainly contemplated that district courts having jurisdiction over criminal trials would automatically revoke naturalization upon such convictions."); United States v. Pasillas-Gaytan, 192 F.3d 864, 869 (9th Cir. 1999) ("Conviction [under 18 U.S.C. § 1425] results in a revocation of citizenship."); United States v. Nicaragua-Rodriguez, 165 F.3d 21 (4th Cir. 1998) (same); and United States v. Moses, 94 F.3d 182, 187-88 (5th Cir. 1996) ("[Section 1451(e)] is mandatory--the district court shall revoke the citizenship if the individual is convicted under section 1425.").

WHEREFORE, the United States respectfully requests that the Court order that the final order admitting MARISOL FELIX for citizenship be revoked, set aside and declared void, and that Certificate of Naturalization No. 28000049, dated October 9, 2003, admitting MARISOL FELIX to citizenship be cancelled, pursuant to the attached Proposed Order.

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney
        By:

        /s/ Seth P. Berman
        SETH P. BERMAN
        LINDA RICCI
        Assistant U.S. Attorneys
        (617) 748-3385

Dated:    November 13, 2006

CERTIFICATE OF SERVICE

    I certify that this document has been filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

        /s/ Seth P. Berman
        Seth P. Berman

Dated:    November 13, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-CR-10121-JLT |
| ) | |
| MARISOL FELIX ) | |

[Proposed] **ORDER OF REVOCATION OF UNITED STATES CITIZENSHIP**

MARISOL FELIX has been convicted in this Court under Title 18, United States Code, Section 1425, of knowingly procuring naturalization in violation of law. Consequently, pursuant to 8 U.S.C. §1451(e), the final order admitting MARISOL FELIX for citizenship is hereby revoked, set aside and declared void. Certificate of Naturalization No. 28000049, dated October 9, 2003, admitting MARISOL FELIX to citizenship is hereby cancelled.

So Ordered:

_____
HON. JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS

DATED: _____