UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-CR-10121-JLT |
| | ) | |
| MARISOL FELIX | ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO REVOKE DEFENDANT'S CITIZENSHIP

The United States respectfully moves for leave to file a 3-page reply to Defendant's Opposition to the Government's Motion to Revoke the United States Citizenship of Marisol Felix. In support, the government states that it wishes to bring to the Court's attention certain facts and law that it believes relevant to assessing the contentions made in the defendant's Opposition. The government has filed a copy of its reply memorandum contemporaneously with this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ LINDA M. RICCI
Seth P. Berman
Linda M. Ricci
Assistant U.S. Attorneys

Date: December 21, 2006

CERTIFICATE OF SERVICE

I certify that this document has been filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Linda M. Ricci
Linda M. Ricci

Dated: December 21, 2006