UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Criminal No. 04-CR-10121-JLT
                                  )
MARISOL FELIX                     )


**Local Rule 7.1 Certification Relating to Government's Motion for Leave
to File Reply to Defendant's Opposition to Motion to Revoke Citizenship**

The undersigned counsel certifies that she spoke with Attorney James Cipoletta by telephone on December 21, 2006 and obtained his assent to the Government's Motion for Leave to File Reply to Defendant's Opposition to Motion to Revoke Citizenship filed today.


**/s/ Linda M. Ricci**
Linda M. Ricci