UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10121

United States of America

v.

Marisol Felix

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-50

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/21/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 23, 2007.

Sarah A. Thornton, Clerk of Court

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/19/2007

V. Bouchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06