CUSTAPP, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10121-JLT-ALL

Case title: USA v. Felix

Date Filed: 04/14/2004

Assigned to: Judge Joseph L. Tauro
Referred to: Magistrate Judge Marianne B. Bowler

**Defendant**

**Marisol Felix** (1)
*TERMINATED: 11/02/2006*
*also known as*
Marisol Felix de Rosario (1)
*TERMINATED: 11/02/2006*

represented by **Catherine K. Byrne**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: catherine_byrne@fd.org
*TERMINATED: 01/19/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**James J. Cipoletta**
Citizens Bank Building
Suite 307
385 Broadway
Revere, MA 02151
781-289-7777
Fax: 781-289-9468
Email: jcipoletta@post.harvard.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:641 Theft of Govt Property
(1)

**Disposition**

The Court imposes sentence as follows:
5 years probation on all counts;
restitution in the amount of $81,474.00;
special assessment in the amount of

| | |
|---|---|
| | $400; special conditions. Defendant advised of right to appeal. |
| 18:1425 Unlawful Procurement of Citizenship or Naturalization (2) | The Court imposes sentence as follows: 5 years probation on all counts; restitution in the amount of $81,474.00; special assessment in the amount of $400; special conditions. Defendant advised of right to appeal. |
| 18:1001 False Statements to Govt Agents or Agencies (3-4) | The Court imposes sentence as follows: 5 years probation on all counts; restitution in the amount of $81,474.00; special assessment in the amount of $400; special conditions. Defendant advised of right to appeal. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                            **Disposition**

None

---

**Plaintiff**

USA    represented by    **Seth P. Berman**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3385
Fax: 617-748-3951
Email: Seth.Berman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda M. Ricci**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210

617-748-3395
Fax: 617-748-3960
Email: linda.ricci@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2004 | 1 | SEALED INDICTMENT as to Marisol Felix (1) count(s) 1, 2, 3-4. (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/14/2004 |  | Arrest Warrant Issued as to Marisol Felix. (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/14/2004 |  | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: pretrial proceedings as to Marisol Felix (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/22/2004 | 2 | MOTION to Unseal Case as to Marisol Felix by USA. (Diskes, Sheila) (Entered: 04/22/2004) |
| 04/22/2004 |  | Judge Marianne B. Bowler : Electronic ORDER entered granting [2] Motion to Unseal Case as to Marisol Felix (1) (Diskes, Sheila) (Entered: 04/22/2004) |
| 04/22/2004 |  | Case unsealed as to Marisol Felix (Diskes, Sheila) (Entered: 04/22/2004) |
| 04/22/2004 |  | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Marisol Felix held on 4/22/2004; Seth Berman for the Govt.; Catherine Byrne for the deft.; September Brown for Pretrial; Deft. informed of charges, rights, and right to counsel; Deft. completes financial affidavit and the court orders the appointment of Catherine Byrne; Deft. sworn and questioned by the court; Govt. does not request detention at this time and agrees with the conditions of release recommended by Pretrial Services; Deft. released on $25,000.00 unsecured appearance bond and additional conditions; Deft. waives reading of the indictment in its entirety; Deft. pleads not guilty to all counts; Govt. anticipates 4 witnesses and 3 days of trial; Initial status conference before MJ Alexander set for June 7, 2004 at 10:00 AM. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/22/2004 | 3 | CJA 23 Financial Affidavit by Marisol Felix (Brown, Rex) (Entered: 04/23/2004) |
| 04/22/2004 | 4 | Unsecured Bond Entered as to Marisol Felix in amount of $ 25,000.00 (Brown, Rex) (Entered: 04/23/2004) |
| 04/22/2004 | 5 | Judge Marianne B. Bowler : ORDER entered ORDER Setting Conditions of Release as to Marisol Felix (1) $25,000.00 Unsecured Bond with conditions. (Brown, Rex) (Entered: 04/23/2004) |
| 04/22/2004 | 6 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Marisol Felix Catherine K. Byrne for Marisol Felix appointed. (Saccoccio, Dianalynn) (Entered: |

| | | |
|---|---|---|
| | | 04/23/2004) |
| 04/23/2004 | 7 | Arrest Warrant Returned Executed on April 22, 2004 as to Marisol Felix. (Abaid, Kim) (Entered: 04/26/2004) |
| 04/27/2004 | 8 | MOTION for Excludable Delay from April 22, 2004 to June 8, 2004 *(Assented to)* as to Marisol Felix by USA. (Berman, Seth) Additional attachment(s) added on 4/28/2004 (Brown, Rex). Modified on 4/28/2004 (Brown, Rex). (Entered: 04/26/2004) |
| 04/28/2004 | 9 | NOTICE OF RESCHEDULING as to Marisol Felix Initial Status Conference set for 6/8/2004 10:15 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 04/28/2004) |
| 04/28/2004 | | Notice of correction to docket made by Court staff. Correction: Docket entry #8 and it's attachment corrected because: incorrect attorney information, filing date and hearing date as to Marisol Felix. (Brown, Rex) (Entered: 04/28/2004) |
| 05/10/2004 | | Judge Joyce London Alexander : Electronic ORDER entered granting 8 Motion to Exclude as to Marisol Felix (1) (Brown, Rex) (Entered: 06/02/2004) |
| 06/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Status Conference as to Marisol Felix held on 6/8/2004. The parties will file a joint motion for any applicable periods of excludable delay at the Interim Status Conference. Interim Status Conference set for 7/14/2004 11:45 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) Modified on 6/17/2004 (Brown, Rex). (Entered: 06/17/2004) |
| 06/15/2004 | 10 | MOTION for Excludable Delay from June 8, 2004 to July 14, 2004 as to Marisol Felix by USA, Marisol Felix. (Abaid, Kim) Additional attachment(s) added on 1/18/2007 (Abaid, Kim). (Entered: 06/16/2004) |
| 06/17/2004 | 11 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Initial Status Conference as to Marisol Felix Interim Status Conference set for 7/14/2004 11:45 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 06/17/2004) |
| 06/30/2004 | | Judge Joyce London Alexander : Electronic ORDER entered granting 10 Motion to Exclude as to Marisol Felix (1) (Brown, Rex) (Entered: 07/07/2004) |
| 07/12/2004 | 12 | MOTION to Continue *Status Conference Date* to 07/23/04 as to Marisol Felix. (Byrne, Catherine) (Entered: 07/12/2004) |
| 07/13/2004 | | Judge Joyce London Alexander : Electronic ORDER entered granting 12 Motion to Continue as to Marisol Felix (1). The Matter is continued to July 20, 2004 at 2:45 PM. (Brown, Rex) (Entered: 07/14/2004) |
| | | |

| | | |
|---|---|---|
| 07/20/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Marisol Felix held on 7/20/2004. Hearing Continued at the request of the parties. Final Status Conference set for 8/19/2004 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 08/16/2004) |
| 07/21/2004 | 13 | Assented to MOTION for Excludable Delay from July 14, 2004 to August 19, 2004 as to Marisol Felix by USA. (Berman, Seth) (Entered: 07/21/2004) |
| 08/19/2004 | 14 | Assented to MOTION to Amend *Conditions of Pretrial Release* as to Marisol Felix. (Richey, J.) (Entered: 08/19/2004) |
| 08/19/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :At the request of the parties, the Court converts the Final Status Conference to an Interim Status Conference as to Marisol Felix held on 8/19/2004. Order to issue. Final Status Conference set for 9/14/2004 04:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #N/A.) (Brown, Rex) (Entered: 08/29/2004) |
| 09/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Marisol Felix held on 9/14/2004. Order to issue. Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge. (Tape #Digital Recording.) (Brown, Rex) (Entered: 09/14/2004) |
| 09/14/2004 | | Judge Joyce London Alexander : Electronic ORDER entered 9/14/04,granting 13 Motion to Exclude as to Marisol Felix (1)from 7/14/04 to 8/19/04. (Brown, Rex) (Entered: 09/14/2004) |
| 09/14/2004 | | Judge Joyce London Alexander : Electronic ORDER entered on 9/14/04,granting 14 Motion to Amend as to Marisol Felix (1). (Brown, Rex) (Entered: 09/14/2004) |
| 09/14/2004 | | Case as to Marisol Felix no longer referred to Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/17/2006) |
| 09/27/2004 | 15 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Final Status Conference as to Marisol Felix. Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge. (Brown, Rex) (Entered: 09/27/2004) |
| 11/29/2004 | 16 | Joint MOTION for Hearing *and to Exclude Time* as to Marisol Felix by USA. (Berman, Seth) (Entered: 11/29/2004) |
| 12/01/2004 | 17 | NOTICE OF HEARING as to Marisol Felix Pretrial Conference set for 12/7/2004 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 12/01/2004) |
| 12/07/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 16 Motion for Hearing as to Marisol Felix (1) (Abaid, Kim) (Entered: 12/08/2004) |

| 12/09/2004 | 18 | Judge Joseph L. Tauro : ORDER entered ORDER ON EXCLUDABLE DELAY as to Marisol Felix Time excluded from August 19, 2004 until February 14, 2005. (Abaid, Kim) (Entered: 12/13/2004) |
|---|---|---|
| 01/12/2005 | 19 | Assented to MOTION to Continue *Trial Date* as to Marisol Felix. (Byrne, Catherine) (Entered: 01/12/2005) |
| 01/25/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 19 Motion to Continue as to Marisol Felix (1) and Excludable Time. (Abaid, Kim) (Entered: 01/26/2005) |
| 04/11/2005 | 20 | Assented to MOTION to Continue *Trial Date* as to Marisol Felix. (Byrne, Catherine) (Entered: 04/11/2005) |
| 06/14/2005 | | NOTICE by the COURT: A status conference will be held on July 6, 2005 at 10:30 a.m. in re: Marisol Felix. (Lovett, Zita) (Entered: 06/14/2005) |
| 07/06/2005 | 21 | Judge Joseph L. Tauro : ORDER entered. A Final Pretrial Conference is scheduled for November 8, 2005 at 10:00 AM. Trial will commence on November 14, 2005 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 07/12/2005) |
| 07/06/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 20 Motion to Continue as to Marisol Felix (1) (Abaid, Kim) (Entered: 07/12/2005) |
| 08/01/2005 | 22 | Assented to MOTION to Continue *Trial Date* as to Marisol Felix. (Byrne, Catherine) (Entered: 08/01/2005) |
| 08/04/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 22 Motion to Continue as to Marisol Felix (1). Trial will begin on February 6, 2006. A final pre-trial will be scheduled. (Lovett, Zita) (Entered: 08/04/2005) |
| 08/12/2005 | 23 | Assented to MOTION to Travel *to Texas for Employment Obligation* as to Marisol Felix. (Byrne, Catherine) (Entered: 08/12/2005) |
| 08/29/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 23 Motion to Travel as to Marisol Felix (1) (Abaid, Kim) (Entered: 08/29/2005) |
| 01/17/2006 | 24 | Letter Requesting New Attorney as to Marisol Felix (Abaid, Kim) (Entered: 01/17/2006) |
| 01/18/2006 | 25 | MOTION to Withdraw as Attorney *and for Appointment of New Counsel* as to Marisol Felix. (Attachments: # 1 Affidavit)(Byrne, Catherine) (Entered: 01/18/2006) |
| 01/18/2006 | | ELECTRONIC NOTICE by the COURT: A status conference will be held on January 23, 2006 at 10:30 a.m. as to Marisol Felix. (Lovett, Zita) (Entered: 01/18/2006) |
| 01/19/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 25 Motion to Withdraw as Attorney. as to Marisol Felix (1) NEW COUNSEL TO BE APPOINTED. (Lovett, Zita) (Entered: 01/19/2006) |
| 01/19/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Marisol Felix Jury |

|  |  |  |
|---|---|---|
|  |  | Trial set for 4/3/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) Modified on 1/23/2006 (Abaid, Kim). (Entered: 01/19/2006) |
| 01/19/2006 | 26 | MOTION for Excludable Delay from January 18, 2006 to April 3, 2006 as to Marisol Felixby USA. (Berman, Seth) (Entered: 01/19/2006) |
| 01/19/2006 |  | Attorney update in case as to Marisol Felix. Attorney Catherine K. Byrne terminated. (Abaid, Kim) (Entered: 01/23/2006) |
| 01/23/2006 | 27 | Judge Joseph L. Tauro : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Appointment of Counsel as to Marisol Felix (Abaid, Kim) (Entered: 01/23/2006) |
| 01/23/2006 |  | Judge Marianne B. Bowler: Electronic ORDER entered. Appointment of CJA 20 Attorney James J. Cipoletta for Marisol Felix. (Duffy, Marc) (Entered: 01/23/2006) |
| 01/23/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 26 Motion to Exclude as to Marisol Felix (1) (Abaid, Kim) (Entered: 01/24/2006) |
| 03/28/2006 |  | ELECTRONICNOTICE OF HEARING as to Marisol FelixPretrial Conference set for 4/5/2006 10:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/28/2006) |
| 04/04/2006 |  | ELECTRONIC NOTICE OF: CHANGE IN TIME as to Marisol Felix Pretrial Conference set for 4/5/2006 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 04/04/2006) |
| 04/05/2006 | 28 | Judge Joseph L. Tauro : ORDER entered. SCHEDULING ORDER as to Marisol Felix Jury Trial set for 7/24/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 04/06/2006) |
| 04/10/2006 | 29 | Assented to MOTION for Excludable Delay from April 3, 2006 to July 24, 2006 as to Marisol Felixby USA. (Berman, Seth) (Entered: 04/10/2006) |
| 04/11/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 29 Motion to Exclude as to Marisol Felix (1) (Abaid, Kim) (Entered: 04/11/2006) |
| 07/10/2006 | 30 | TRIAL BRIEF by USA as to Marisol Felix (Ricci, Linda) (Entered: 07/10/2006) |
| 07/10/2006 | 31 | WITNESS LIST by USA as to Marisol Felix (Ricci, Linda) Modified on 7/11/2006 (Abaid, Kim). (Entered: 07/10/2006) |
| 07/10/2006 | 32 | Proposed Voir Dire by USA as to Marisol Felix (Ricci, Linda) (Entered: 07/10/2006) |
| 07/11/2006 | 33 | NOTICE OF ATTORNEY APPEARANCE Linda M. Ricci appearing for USA. (Ricci, Linda) (Entered: 07/11/2006) |
| 07/12/2006 | 34 | EXHIBIT/WITNESS LIST by USA as to Marisol Felix (Ricci, Linda) (Entered: 07/12/2006) |

| | | |
|---|---|---|
| 07/13/2006 | 35 | Proposed Jury Instructions by USA as to Marisol Felix (Berman, Seth) (Entered: 07/13/2006) |
| 07/14/2006 | 36 | MOTION for Hearing *Pursuant to Rule 11* as to Marisol Felix. (Cipoletta, James) (Entered: 07/14/2006) |
| 07/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Change of Plea Hearing as to Marisol Felix held on 7/17/2006; defendant enters plea of guilty to counts 1,2,3 and 4. Sentencing set for October 24, 2006 at 2:15 p.m. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 07/17/2006) |
| 07/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Change of Plea Hearing as to Marisol Felix held on 7/17/2006, Plea entered by Marisol Felix (1) Guilty Count 1,2,3-4. Sentencing will be held on October 24, 2006 at 2:15 PM in Courtroom 20 before Judge Joseph L. Tauro. The bail conditions will remain the same. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 07/18/2006) |
| 07/17/2006 | | Set/Reset Hearings as to Marisol Felix: Sentencing set for 10/24/2006 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 07/18/2006) |
| 07/20/2006 | | ELECTRONIC NOTICE CANCELLING DEADLINE as to Marisol Felix. Deadline cancelled: 7/24/2006. TRIAL. (Lovett, Zita) (Entered: 07/20/2006) |
| 08/07/2006 | 37 | MOTION to Seal as to Marisol Felix by USA. (Abaid, Kim) Additional attachment(s) added on 8/16/2006 (Abaid, Kim). Modified on 8/16/2006 (Abaid, Kim). (Entered: 08/08/2006) |
| 08/07/2006 | 38 | MOTION for Order as to Marisol Felixby USA. (Abaid, Kim) Additional attachment(s) added on 8/16/2006 (Abaid, Kim). Modified on 8/16/2006 (Abaid, Kim). (Entered: 08/08/2006) |
| 08/07/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 37 Sealed Motion as to Marisol Felix (1); denying without prejudice 38 Sealed Motion as to Marisol Felix (1) (Abaid, Kim) (Entered: 08/08/2006) |
| 08/08/2006 | 39 | Judge Joseph L. Tauro : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler as to Marisol Felix (Abaid, Kim) Modified on 8/8/2006 (Abaid, Kim). Additional attachment(s) added on 8/8/2006 (Abaid, Kim). (Entered: 08/08/2006) |
| 08/15/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Bail Review Hearing as to Marisol Felix held on 8/15/2006. AUSAs Berman and Ricci for the Govt. and Attorney Cipoletta for the Deft. September Lee Brown for Pretrial Services. The Govt. moves for detention. Detention Hearing set for 8/17/2006 at 12:00 PM. The Deft. is remanded to the custody of the U.S. Marshal. (Duffy, Marc) (Entered: 08/15/2006) |
| 08/15/2006 | | ORAL MOTION for Detention as to Marisol Felix by USA. (Duffy, Marc) (Entered: 08/15/2006) |

| | | |
|---|---|---|
| 08/15/2006 | 40 | MOTION to Unseal Document as to Marisol Felix by USA. (Abaid, Kim) (Entered: 08/16/2006) |
| 08/15/2006 | | Judge Marianne B. Bowler : Electronic ORDER entered granting 40 Motion to Unseal Documents 38 SEALED MOTION, 37 SEALED MOTION as to Marisol Felix (1) (Abaid, Kim) (Entered: 08/16/2006) |
| 08/17/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Detention Hearing as to Marisol Felix held on 8/17/2006. AUSAs Berman and Ricci for the Govt. and Attorney Cipoletta for the Deft. September Lee Brown for Pretrial Services. The Govt. calls witness Jason Donnelly and the Deft. calls Jeremiah Friedman to testify. The court hears argument and takes the matter of detention under advisement. The Deft. is remanded to the custody of the U.S. Marshal. (Duffy, Marc) (Entered: 08/17/2006) |
| 08/17/2006 | 41 | EXHIBIT/WITNESS LIST for detention hearing of Marisol Felix held 8/17/2006. (Duffy, Marc) (Entered: 08/17/2006) |
| 08/22/2006 | | ELECTRONIC NOTICE OF HEARING as to Marisol Felix Detention Hearing set for 8/29/2006 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Duffy, Marc) (Entered: 08/22/2006) |
| 08/23/2006 | 42 | Arrest Warrant Returned Executed on August 15, 2006.. as to Marisol Felix. (Abaid, Kim) (Entered: 08/24/2006) |
| 08/29/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Detention Hearing as to Marisol Felix held on 8/29/2006. AUSAs Berman and Ricci for the Govt. and Attorney Cipoletta for the Deft. Gina Affsa for Pretrial Services. The Deft. is ORDERED released, with an additional Condition of Pretrial Release to include Electronic Monitoring with 24Hr. Home Confinement. (Duffy, Marc) (Entered: 08/29/2006) |
| 10/25/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Marisol Felix Sentencing set for 10/31/2006 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 10/25/2006) |
| 10/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 10/31/2006 for Marisol Felix (1), Count(s) 1, 2, 3-4, The Court imposes sentence as follows: 5 years probation on all counts;restitution in the amount of $81,474.00; special assessment in the amount of $400; special conditions. Defendant advised of right to appeal.. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 10/31/2006) |
| 11/02/2006 | 43 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT as to Marisol Felix (1), Count(s) 1, 2, 3-4, The Court imposes sentence as follows: 5 years probation on all counts; restitution in the amount of $81,474.00; special assessment in the amount of $400; special conditions. Defendant advised of right to appeal. (Lovett, Zita) Additional attachment(s) added on 11/2/2006 (Abaid, Kim). Modified on 11/6/2006 (Abaid, Kim). |

| | | |
|---|---|---|
| | | (Entered: 11/02/2006) |
| 11/13/2006 | 44 | MOTION to Revoke *the United States Citizenship* as to Marisol Felix by USA. (Berman, Seth) (Entered: 11/13/2006) |
| 11/21/2006 | 45 | NOTICE OF APPEAL by USA as to Marisol Felix re 43 Judgment,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Berman, Seth) (Entered: 11/21/2006) |
| 11/22/2006 | 46 | TRANSCRIPT of Disposition as to Marisol Felix held on October 31, 2006 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/22/2006) |
| 12/14/2006 | 47 | Opposition by Marisol Felix re 44 MOTION to Revoke *the United States Citizenship* (Cipoletta, James) (Entered: 12/14/2006) |
| 12/21/2006 | 48 | MOTION for Leave to File *Reply to Defendant's Opposition to Motion to Revoke* as to Marisol Felix by USA. (Ricci, Linda) (Entered: 12/21/2006) |
| 12/21/2006 | 49 | REPLY TO RESPONSE to Motion by USA as to Marisol Felix re 44 MOTION to Revoke *the United States Citizenship* (Ricci, Linda) (Entered: 12/21/2006) |
| 12/21/2006 | 50 | ADDENDUM to Motion/Memorandum by USA as to Marisol Felix re 48 MOTION for Leave to File *Reply to Defendant's Opposition to Motion to Revoke Rule 7.1 Certification* (Ricci, Linda) (Entered: 12/21/2006) |
| 01/11/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered 44 Motion to Revoke Citizenship as to Marisol Felix (1) is ALLOWED. (Abaid, Kim) (Entered: 01/11/2007) |