# MANDATE

*04- 10121*
*USDC/MA*
*Tauro, J*

# United States Court of Appeals
## For the First Circuit

No. 07-1161

UNITED STATES
Appellant

v.

MARISOL FELIX, a/k/a Marisol Felix de Rosario
Defendant - Appellee

**JUDGMENT**

Entered: February 12, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*hy*

Deputy Clerk

Date: *2/13/07*

**MARGARET CARTER**
By: _____
Chief Deputy Clerk

[cc:  Linda M. Ricci, AUSA, Marisol Felix, James J. Cipoletta, Esq.]