

# MEMORANDUM

To:      Honorable Joseph L. Tauro, U.S. District Judge
From:    Thomas C. Mullen III, U. S. Probation Officer
Date:    August 29, 2008
Re:      **Marisol Felix - Docket No. 04-CR-10121-JLT**

### RESTITUTION PAYMENT SCHEDULE

The above-captioned offender appeared before Your Honor on October 31, 2006, on charges of Theft of Government Property, in violation of 18 U.S.C. § 641; Unlawful Procurement of Citizenship or Naturalization, in violation of 18 U.S.C. § 1425; and Making False Statements to a Government Agent or Agency, in violation of 18 U.S.C. § 1001, and she was sentenced to five years of Probation. Included in Your Honor's sentence was an order of a payment of restitution in the amount of $81,474.00. This memorandum serves as notification of a restitution payment schedule agreed upon by the above probation officer and probationer.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

The above-probationer has presented financial information to the U.S. Probation Office from which a payment schedule has been established. Ms. Felix has agreed to pay her court-ordered restitution of $81,474.00 in monthly installments of 300.00 as of October 2008.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

John G. Marshall
Supervising U. S. Probation Officer

Approved:

Honorable Joseph L. Tauro
U. S. District Judge

Date: 9/5/08